Exhibit A

True copy 8
Original

## Acknowledgement, Acceptance and Deed of Re-Conveyance

I, the living woman, Cova Marie Head A.K.A. Cova Lynn Annison via amended birth certificate, being of age, of sound mind and in good health, free of all duress or improper consideration hereby acknowledge, accept, and re-convey my given lawful Trade Name, Cova Marie Head to the land and soil of Georgia, my native state, together with all derivative names, including Cova Marie Head, COVA MARIE HEAD-CHILDRESS, Cova Lynn Annison, Cova L Annison, Cova Annison, COVA ANNISON, COVA L ANNISON, COVA LYNN ANNISON, COVA QUEEN, COVA L QUEEN, COVA LYNN QUEEN, COVA LYNN QUEEN-POLLARD, COVA POLLARD, COVA LYNN POLLARD, COVA L POLLARD, C L POLLARD, C POLLARD, Cova Lynn Pollard, Cova Pollard, Cova L Pollard, C L Pollard, C Pollard and all other variations however styled, punctuated, spelled, ordered, or otherwise represented as pertaining to me and my estate, and hereby declare their permanent domicile on the land and soil of Georgia.

All prior Powers of Attorney, all other prior presumed or granted Executorships, Guardianships, and Agency relationships are terminated and revoked effective with my natural birthday May 23rd, 1988, as I elect to be recognized as the sole living owner, executor, beneficiary, and agent of my name and estate since my 21st birthday on May 23rd, 2009.

So said, so signed, and so sealed by my living hand this 29th day of January in the year 2020

by:

*Cova Lynn Pollard* LS.

### Witness Jurat

Georgia State }

Rabun County }

I, a public notary, was visited today by the living woman known and identified as Cova Lynn Pollard and she did sign and seal this Acknowledgement, Acceptance and Deed of Re-Conveyance in my presence and did affirm the same in my sight, whereupon I affix my signature and seal as testimony to these facts:

_____ Notary; my commission expires on: 04/12/20

DAWN THOMAS
NOTARY PUBLIC
Rabun County
State of Georgia
My Comm. Expires Apr. 12, 2020

*True copy of original*

RETURN TO: COVA LYNN POLLARD, GRANTOR
C/O Pollard, Cova Lynn, Administrator
ADDRESS: 94 TUCKALUGE CREEK ROAD
CLAYTON, GEORGIA 30525


CERTIFICATE OF ASSUMED NAME
NOTICE OF TRANSFER OF RESERVED NAME
Returnee – POLLARD certificate of ownership


PROVIDING FOR FILING OF NAME[S] WHEN BUSINESS IS CONDUCTED UNDER ASSUMED NAME:
SESSIONS LAW 145;1907; CHAPTER 145 [H.B.64] OF THE STATE OF WASHINGTON; AN ACT PROVIDING THAT
WHEN ANY BUSINESS OTHER THEN A CORPORATION(S) OR LIMITED PARTNERSHIP,IS CONDUCTED
UNDER AN ASSUMED NAME, A CERTIFICATE SHOWING THE REAL PARTIES IN INTEREST SHALL BE FILED
WITH THE COUNTY CLERK AND FIXING A PENALTY x 2. TO BE DEEMED A PUBLIC OFFICER YOU MUST
PRODUCE AND BE VETTED BY THE ADMINISTRATOR OF THIS DOCUMENT, A LETTER OF INTENT, A
LETTER OF COMPLIANCE WITH ALL STATE AND FEDERAL RULES AND REGULATIONS AS PRESCRIBED BY
THE SECRETARY OF STATE OR ANY PRIVATE PERSON WHO DOES NOT PROPERLY IDENTIFY THEMSELVES
UPON REQUEST BY PRODUCING A BUSINESS LICENSE, A UBI NUMBER, AND A BOND FILLED OUT IN THE
C.A.P. NAME ON THIS CERTIFICATE. ARE FINED ON THE SPOT FOR 500.00 IN CONSIDERATION. FEE
SCHEDULE; TO BE DETERMINED BY THE HEAD ADMINISTRATOR OF THIS DOCUMENT AT THE TIME OF
ENGAGEMENT. AND ALSO THE CORRESPONDING SESSION LAWS OF THE STATE OF ALASKA INCLUDING
CHAPTER 84 OF THE 1961 SESSION LAWS, CHAPTER 84, SECTION 13, "Common Law Rights" AND AS 10.35.030
(1CHAPTER 33 SLA 1966) TRANSFER OF RESERVED NAME.

Where as GRANTOR is a Cestui Que Vie TRUST formed without the knowledge or consent of the Grantee and has
accumulated unauthorized debt against the ESTATE benefiting secondary beneficiaries merely presumed to exist and
claiming to have an interest in the ESTATE established under the MUNICIPAL LAW OF THE DISTRICT OF COLUMBIA
and the DISTRICT OF COLUMBIA MUNICIPAL CORPORATION, the actual Grantee, the living woman known to the
public as Cova Lynn Pollard invokes the provisions of Article IV of the Cestui Que Vie Act 1666 as one "having been found
to be alive" and to be owed all benefit, control, and interest in the GRANTOR TRUST ESTATE set free and clear of all
liens, debts, titles held under color of law, tithes, fees, and all other encumbrances established by the United States of
America, Inc., THE UNITED STATES OF AMERICA, Inc., the UNITED STATES, (INC.) and all and any franchises
thereof ab initio from the date of first registration of the ESTATE TRUST and all and any derivatives thereof, including but
not limited to Cova Lynn Pollard, Cova L Pollard, Cova Pollard, COVA LYNN POLLARD, COVA L POLLARD, COVA
POLLARD, COVA LYNN QUEEN, COVA L QUEEN, COVA QUEEN, COVA LYNN ANNISON, COVA L ANNISON,
COVA ANNISON, COVA MARIE HEAD-CHILDRESS and any other variations presuming any relationship to the living
woman born May 23rd, 1988 in Stephens County, Georgia.

REGISTRATION REASON: REINSTATEMENT OF ACTUAL HOLDER IN DUE COURSE OF ESTATE NAME AND
ESTATE PROPERTY AND ALL INTEREST DUE; PUBLIC AND PRIVATE RECOGNITION OF GRANTEE AS
HOLDER IN DUE COURSE AND LAWFUL ENTITLEMENT HOLDER OF FOREIGN GRANTOR TRUST NAMED
COVA MARIE HEAD-CHILDRESS/COVA LYNN ANNISON/COVA LYNN QUEEN/QUEEN-POLLARD/
COVA LYNN POLLARD AS OF 23 MAY 1988.

BUSINESS INFORMATION: LEGAL ENTITY; HEIR GRANTEE, PRIVATE, PUBLIC, SIGNATURE TRUST
BUSINESS DESCRIPTION; COMMERCE, GRANTOR, PRIVATE, PUBLIC, SIGNATORY BUSINESS NAME:
D.B.A COVA LYNN POLLARD and POLLARD, COVA LYNN and COVA POLLARD and all and any derivatives or
permutations thereof in any way related to the ESTATE so NAMED.
PHYSICAL OFFICE ADDRESS: C/O 94 TUCKALUGE CREEK ROAD, CLAYTON, GEORGIA 30525


OWNER INFORMATION: True and Real Trade Name: Grantee, Private, Signatory, Beneficiary, Holder, Transferee:
First Name: Cova
Middle Name: Lynn
Last Name: Pollard
STYLE: Bicameral & Surname Post Office Address (Physical):

c/o 94 Tuckaluge Creek Road, Clayton, Georgia Postal Code Extension 30525
Post Master Location: 94 Tuckaluge Creek Road, Clayton, Georgia Postal Code Extension 30525

THIS CERTIFICATE IS TO CONDUCT BUSINESS IN COMMERCE IN AN ASSUMED NAME DESIGNED TO
ACCOMPANY NEW BUSINESS ACCOUNT REGISTRATION, IF SO DESIRED, OR TO CONDUCT BUSINESS IN
INTERNATIONAL TRADE.

I am claiming the writ of Habeas Corpus to institute and maintain actions of any kind in the courts of "this" state while
maintaining true domicile on the land of these United States, to take, hold and dispose of property either Actual, Real,
Intangible or Personal held in the name of the FOREIGN GRANTOR TRUST dba COVA LYNN POLLARD together with
all derivative NAMES and Names and styles thereof, together with guarantee of pre-payment and exemption from Taxes,
Tithes, and Fees, together with re-conveying all actual assets rightfully belonging to the Lawful Holder in Due Course.

Under the form of creating a qualification or attaching a condition, the Unites States and United States of America however
styled or construed cannot, in effect, inflict a punishment for a past act which was not punishable at the time it was
committed and which was not the knowing, willing, and consensual act of the actual Holder in Due Course of the given
name and estate.

All violators, agents, actors under color of law, and actions under color of authority claimed by any corporations,
associations, or subcontractors, agencies or agents of any kind or like violating or attempting to violate the political status
and Title Order of the Grantee at any time past, present, or future shall be liable severally, and jointly to this certificate as an
affidavit of obligation in the normal commercial sense and as such is a severity representing accounts receivable and is a
lien upon the real and movable property, malpractice insurance and performance bonds of any such violators and is not dis-
chargeable in bankruptcy court or subject to any probate claim; at all times the owner/holder in due courses' property is
exempt from third party levy and all related vessels in commerce are tax pre-paid.

ISSUED THIS **29th** DAY OF **January** IN THE YEAR 2020 ON AND FOR THE COUNTY OF RABUN ON THE
STATE OF GEORGIA; NOTICE TO AGENTS IS NOTICE TO PRINCIPALS, NOTICE TO PRINCIPALS IS NOTICE TO
AGENTS; WITNESS BY NOTARY DOES NOT ALTER STATUS. *Cova Lynn Pollard* Signature, all rights reserved.

ACKNOWLEDGMENT OF HEAD ADMINISTRATOR FROM HOME OFFICE, Private Banker, UCC-1-201
c/o Cova Lynn Pollard, TRUE, ACTUAL AND REAL TRADE NAME; BY MY HAND AND SEAL I TAKE OFFICE
WITHOUT ENCUMBRANCE AND WITHOUT DEBT OR OTHER OBLIGATION, FULLY EXEMPT, INDEMNIFIED,
AND WITHOUT GRANT OF ANY OTHER POWER OF ATTORNEY DBA: COVA LYNN POLLARD, COVA L
POLLARD, COVA POLLARD & POLLARD, COVA LYNN and ALL DERIVATIVES INCLUDING COVA QUEEN-
POLLARD and permutations at C/O 94 TUCKALUGE CREEK ROAD, CLAYTON, GEORGIA, 30525 RETURNEE:
POLLARD

Notary Witness and Acknowledgement

Georgia State
Rabun County

Today before me, a Commissioned Public Notary, appeared the living woman known to me to be Cova Lynn of the Lawful
House Pollard a sojourner in this community and she did Issue this Certificate of Assumed Name as shown and she also
affirmed her testimony as shown before me this **29th** day of January in the Year 2020:
*Cova Lynn — William C Sharpton* Public Notary;
my commission expires on: **01-10-2023** .

*True Copy of Original*

# ACT OF EXPATRIATION
## AND OATH OF ALLEGIANCE

Whereas COVA POLLARD is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such citizenship was never desired nor intended nor willingly nor voluntarily entered into under conditions of full disclosure COVA POLLARD willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, UNITED STATES OF AMERICA, Municipal Corporation of the District of Columbia, etc. formed under the Act of 1877, and does repatriate to the land of HER birth known as Georgia and does freely affirm HER allegiance to the same actual and organic state of the Union and does accept and reclaim HER true Nationality as an American State National and an American State Vessel in all international trade and commerce owned and operated by Pollard, Cova, c/o 94 Tuckaluge Creek, Clayton, Georgia,  Postal Code Extension 30525.

This action I validate, certify, Witness and affirm this 29th day of January, 2020:

By: _Cova Pollard_____ Cova Pollard, L.S.

Whereas COVA L. POLLARD is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such citizenship was never desired nor intended nor willingly nor voluntarily entered into under conditions of full disclosure COVA L POLLARD willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, UNITED STATES OF AMERICA, Municipal Corporation of the District of Columbia, etc. formed under the Act of 1877, and does repatriate to the land of HER birth known as Georgia and does freely affirm HER allegiance to the same actual and organic state of the Union and does accept and reclaim HER true Nationality as an American State National and an American State Vessel in all international trade and commerce owned and operated by Pollard, Cova L., c/o 94 Tuckaluge Creek, Clayton, Georgia,  Postal Code Extension 30525.

This action I validate, certify, Witness and affirm this 29th day of January, 2020:

By: _Cova L. Pollard_____ Cova L. Pollard, L.S.

*True copy of original*

# ACT OF EXPATRIATION

## AND OATH OF ALLEGIANCE


Whereas COVA LYNN POLLARD is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such citizenship was never desired nor intended nor willingly nor voluntarily entered into under conditions of full disclosure COVA LYNN POLLARD willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, UNITED STATES OF AMERICA, Municipal Corporation of the District of Columbia, etc. formed under the Act of 1877, and does repatriate to the land of HER birth known as Georgia and does freely affirm HER allegiance to the same actual and organic state of the Union and does accept and reclaim HER true Nationality as an American State National and an American State Vessel in all international trade and commerce owned and operated by Pollard, Cova Lynn,  c/o 94 Tuckaluge Creek Road, Clayton, Georgia, Postal Code Extension 30525.


This action I validate, certify, Witness and affirm this 29ᵗʰ day of January, 2020:

By: _Cova Lynn Pollard_ (c) Cova Lynn Pollard, L.S.


### Notary Witness

**Georgia State**

**Rabun County**

Before me this 29th day of _Jan_ 2020 did appear one COVA LYNN POLLARD and she did establish this Act of Expatriation and Oath of Allegiance freely and without coercion, in Witness whereof I set my sign and seal:

_Dawn Thomas_ Notary; my commission expires on 4/12/20.

DAWN THOMAS
NOTARY PUBLIC
Rabun County
State of Georgia
My Comm. Expires Apr. 12, 2020

*True copy of original*

**MANDATORY NOTICE**

**Foreign Sovereign Immunities Act**

**Sections 1605 and 1607**

**NOTICE OF LIABILITY:**

**18 USC 2333**

**18 USC 1341 and 1342**

This **MANDATORY NOTICE** is provided to all **Territorial United States** District and State and County Courts, their officers, clerks, bailiffs, sheriffs, deputies, and employees and **all Municipal Appointees** including their DISTRICT, STATE, and COUNTY COURTS, their OFFICERS and EMPLOYEES:

The vessels doing business as Cova Pollard, **Cova L. Pollard, Cova Lynn Pollard, COVA POLLARD, COVA L. POLLARD, COVA LYNN POLLARD, COVA QUEEN, COVA L. QUEEN, COVA LYNN QUEEN, COVA ANNISON, COVA L. ANNISON, COVA ANNISON, COVA MARIE HEAD-CHILDRESS**, together with all derivatives and permutations and punctuations and orderings of these names, are not acting in any federal territorial or municipal capacity and have not knowingly or willingly acted in any such capacity since the day of nativity: **May 23, 1988**. All vessels are duly claimed by the Holder in Due Course and held under published Common Law Copyright since **May 23, 1988**.

These vessels are publishing **MANDATORY NOTICE** that they are **Foreign Sovereigns** from the **Georgia** state of **The United States of America [Unincorporated]**. This is your **MANDATORY NOTICE** that these above-named vessels are owed all material rights, duties, exemptions, insurances, treaties, bonds, agreements, and guarantees including indemnity and full faith and credit; you are also hereby provided with **MANDATORY NOTICE** that these vessels are **not subject** to Territorial or Municipal United States law and are owed **The Law of Peace**, Department of the Army Pamphlet 27-161-1, from all Territorial and Municipal Officers and employees who otherwise have no permission to approach or address them.

Any harm resulting from trespass upon these vessels or the use of fictitious names or titles related to them shall be subject to full commercial liability and penalties: 18 USC 2333, 18 USC 1341 and 1342.

So said, signed, and sealed this 27th day of January 2020 in Rabun County, Georgia, The United States of America:

By: *Cova Lynn Pollard* , L.S.

Contact:

Pollard, Cova Lynn

c/o 94 Tuckaluge Creek Road

Clayton, Georgia 30525

*True copy of or original*

Paramount Claim of the Life and the Estate of Cova Lynn Pollard
Born May 23rd, 1988
Clayton, Georgia
The United States of America

Whereas I, the living woman known as Cova Lynn Pollard, am the result of the life and love and physical embodiment of my parents, the living man known as Jack Jody Head, and the living woman known as Christy Ann Childress who were lawfully wedded in Rabun County, Georgia, now therefore I am their living daughter from the moment of conception and from the first combining of their unique genetic code to create my unique genetic code and my zygote in support of my physical embodiment then and now, and as I am the only true and surviving inheritor, I hereby publish my claim and recording of the facts:

The Afterbirth composed of a placenta, umbilical cord, and fetal tissues which accompanied me into this world and which was in possession of my DNA was never a viable separate living organism and was instead a portion of my flesh akin to any hair, skin, or other representation of my genetic content, that was not abandoned, not donated, and not returned to me or my parents for burial. No separate estate, living status, ownership interest or death apart from my own life may be claimed in behalf of the Afterbirth or other waste resulting from my birth, from my shedding of hair, my shedding of skin, the deposit of my fingerprints or any other DNA-containing substance whatsoever.

I hereby establish my Paramount Claim upon my unique DNA as the only lawful and living inheritor thereof from the moment of my conception forward and I also publish my nullification of any claim of ownership or material interest in my DNA based upon samples procured from any bodily waste or substance for any purpose.

As witness to my claims I here affix the Signature and Seal of my Lawful Person, retaining all rights and prerogatives thereof: by: _Cova Lynn Pollard_ , L.S.

Public Notary Witness:

Today I was visited by a woman properly identified or known to me to be Cova Lynn Pollard and she did establish this record before me and sign it for the purposes stipulated herein, and I do accordingly add my signature and seal: by: _Dawn Thomas_ , Notary.
My commission expires on: _4/12/20_ .

DAWN THOMAS
NOTARY PUBLIC
Rabun County
State of Georgia
My Comm. Expires Apr. 12, 2020
Seal

*True copy of Original*

**Witness Testimony in the Form of an Affidavit**

I, *Christy Hamilton*, a living woman now living at *115 Gorgeview* in *Tallulah GA Falls* County in *Georgia* State. I *Rabun County* have first-hand knowledge that Cova Lynn Pollard was born Cova Marie Head in Stephens County, Georgia on May 23rd, 1988.

Her amended birth certificate now reads Cova Lynn Annison.
Cova Lynn Annison is the woman who was born on May 23rd, 1988 in Stephens County, Georgia;

and from without the United States and under the penalties of perjury under the public law of The United States of America, I do affirm this to be the truth. This Witness Testimony is granted freely, without coercion or payment of any kind, and so say I to all facts above this *27* day of *January* in the year *2020* and I have affixed my signature in affirmation of these facts before these Witnesses:

By: *Christy Hamilton* (c) *Christ Hamilton* LS

**Witness of Public Notary to Signature**

Rabun County
Georgia State

Today I was visited by *Christy Hamilton* and she did present appropriate identification and she did provide this Testimony in the Form of an Affidavit freely and without coercion before me and she did also freely sign this Testimony without coercion in my presence this *27* day of *January* in Witness whereof my hand and seal appear:
By: *Linda Lapeyrouse* Public Notary; my commission expires on: *10-11-2022*



*Original*

### Witness Testimony in the Form of an Affidavit

I, *Lynn Childress*, a living woman now living at 41 Kacey *Lane*, in *White* County in *G.A. Helen,* State. I have first-hand knowledge that Cova Lynn Pollard was born Cova Marie Head in Stephens County, Georgia on May 23rd, 1988.

Her amended birth certificate now reads Cova Lynn Annison.
Cova Lynn Annison is the woman who was born on May 23rd, 1988 in Stephens County, Georgia,

and from without the United States and under the penalties of perjury under the public law of The United States of America, I do affirm this to be the truth. This Witness Testimony is granted freely, without coercion or payment of any kind, and so say I to all facts above this *27* day of *Jan.* in the year *2020* and I have affixed my signature in affirmation of these facts before these Witnesses:

By: *Lynn Childress* (c) *Lynn Childress* LS

### Witness of Public Notary to Signature

Rabun County
Georgia State

Today I was visited by *Lynn Childress* and she did present appropriate identification and she did provide this Testimony in the Form of an Affidavit freely and without coercion before me and she did also freely sign this Testimony without coercion in my presence this *27th* day of *Jan* in Witness whereof my hand and seal appear:

By: _____ Public Notary; my commission expires on: *10/23/21* .

*[Notary seal: JENNIFER PETERS, NOTARY PUBLIC, Expires: October 23, 2021, RABUN COUNTY, GEORGIA]*

Deed of Land Recording:
American Common Law Copyright and Trademark of Trade Name

**Cheyenne Lynn Queen**

On the 13ᵗʰ day of June in the year 2011 Anno Domini at the hour and minute of 6:41 a.m., a new baby was born on the land of Mecklenburg County in the North Carolina State to her father and her mother and was given the name:
Cheyenne Lynn Queen

The private natural biological parents are: Isaac Jefferson Queen, Father, born December 29ᵗʰ, 1986 on the land of the Stephens County in the Georgia State & Cova Lynn Pollard, Mother, born May 23ʳᵈ, 1988 on the land of the Stephens County in the Georgia State.

This is the first living child and first daughter of both parents.
This child lives with her mother on the land the Rabun County in the Georgia State.

Witness Jurat

In Witness of these facts, before me, a Public Notary, appeared ___Lynn Childress___ a private natural person and did present proofs of her identity and was deposed and did swear to or affirm these facts from Without the United States and did proclaim them under penalty of perjury and did sign this Deed in confirmation of all the above:

By: ___Lynn Childress___ Witness

By: _____ Notary

My commission expires on: __10-23-21__

JENNIFER PETERS
NOTARY
Seal Expires
October 23, 2021
PUBLIC
RABUN COUNTY, GEORGIA

*True copy of original*

**Deed of Land Recording:**
American Common Law Copyright and Trademark of Trade Name

**Cheyenne Lynn Queen**

On the 13ᵗʰ day of June in the year 2011 Anno Domini at the hour and minute of 6:41 a.m., a new baby was born on the land of Mecklenburg County in the North Carolina State to her father and her mother and was given the name: Cheyenne Lynn Queen

The private natural biological parents are: Isaac Jefferson Queen, Father, born December 29ᵗʰ, 1986 on the land the Stephens County in the Georgia State & Cova Lynn Pollard, Mother, born May 23ʳᵈ, 1988 on the land of the Stephens County in the Georgia State.

This is the first living child and first daughter of both parents.

This child lives with her mother on the land the Rabun County in the Georgia State.

**Witness Jurat**

In Witness of these facts, before me, a Public Notary, appeared *Christy Hamilton* a private natural person and did present proofs of her identity and was deposed and did swear to or affirm these facts from Without the United States and did proclaim them under penalty of perjury and did sign this Deed in confirmation of all the above:

By: *Christy Hamilton* Witness

By: *Linda Lapeyrouse* Notary

My commission expires on: *10-11-2022*.

*True copy of Original*

## Deed of Land Recording
### American Common Law Copyright and Trademark of Trade Name

**Gisele Ann Queen**

On the 1st day of May in the year 2013 Anno Domini at the hour and minute of 9:59 a.m., a new baby was born on the land of Habersham County in the Georgia State to her father and her mother and was given the name:
Gisele Ann Queen

The private natural biological parents are: Isaac Jefferson Queen, Father, born December 29th, 1986 on the land of the Stephens County in the Georgia State & Cova Lynn Pollard, Mother, born May 23rd, 1988 on the land of the Stephens County in the Georgia State.

This baby is the second living child and second daughter of both parents.

This child lives with her mother on the land the Rabun County in the Georgia State.

Witness Jurat

In Witness of these facts, before me, a Public Notary, appeared _Christy Hamilton_ a private natural person and did present proofs of their identity and was deposed and did swear to or affirm these facts from Without the United States and did proclaim them under penalty of perjury and did sign this Deed in confirmation of all the above:

By: _Christy Hamilton_ Witness

By: _Linda Lapeyrouse_ Notary

My commission expires on: _10-11-2022_.



*True copy of Original*

Deed of Land Recording

American Common Law Copyright and Trademark of Trade Name

**Gisele Ann Queen**

On the 1st day of May in the year 2013 Anno Domini at the hour and minute of 9:59 a.m., a new baby was born on the land of Habersham County in the Georgia State to her father and her mother and was given the name: Gisele Ann Queen

The private natural biological parents are: Isaac Jefferson Queen, Father, born December 29th, 1986 on the land of the Stephens County in the Georgia State & Cova Lynn Pollard, Mother, born May 23rd, 1988 on the land of the Stephens County in the Georgia State.

This baby is the second living child and second daughter of both parents.

This child lives with her mother on the land the Rabun County in the Georgia State.

Witness Jurat

In Witness of these facts, before me, a Public Notary, appeared _Lynn Childress_ a private natural person and did present proofs of their identity and was deposed and did swear to or affirm these facts from Without the United States and did proclaim them under penalty of perjury and did sign this Deed in confirmation of all the above:

By: _Lynn Childress_ Witness

By: _____ Notary

My commission expires on: _10-23-21_.

JENNIFER PETERS
NOTARY
Seal
Expires:
October 23, 2021
PUBLIC
RABUN COUNTY, GEORGIA

*True copy of orignal*

Deed of Land Recording:
American Common Law Copyright and Trademark of Trade Name

**Cody Elizabeth Rein Queen**

On the 11th day of September in the year 2015 Anno Domini at the hour and minute of
a.m., a new baby was born on the land of Habersham County in the Georgia State to her father and
her mother and was given the name:
Cody Elizabeth Rein Queen

The private natural biological parents are: Isaac Jefferson Queen,  Father, born December 29th,
1986 on the land of the Stephens County in the Georgia State & Cova Lynn Pollard, Mother, born May
23rd, 1988 on the land of Stephens County in the Georgia State.

This baby is the third living child and third daughter of both parents.

This child lives with her mother on the land of the Rabun County in the Georgia State.

Witness Jurat
In Witness of these facts, before me, a Public Notary, appeared _Lynn Childress_
a private natural person and did present proofs of his identity and was deposed and did swear to or
affirm these facts from Without the United States and did proclaim them under penalty of perjury and
did sign this Deed in confirmation of all the above:

By: _Lynn Childress_ Witness

By: _____ Notary
My commission expires on: _10-23-21_

seal: JENNIFER PETERS
NOTARY
Expires: October 23, 2021
RABUN COUNTY, GEORGIA
PUBLIC

Deed of Land Recording
American Common Law Copyright and Trademark of Trade Name


**Cody Elizabeth Rein Queen**

On the 11th day of September in the year 2015 Anno Domini at the hour and minute of
a.m., a new baby was born on the land of Habersham County in the Georgia State to her father ar
her mother and was given the name:
Cody Elizabeth Rein Queen


The private natural biological parents are: Isaac Jefferson Queen,  Father, born December 29
'86 on the land of the Stephens County in the Georgia State & Cova Lynn Pollard, Mother, born M
:ᵈ, 1988 on the land of Stephens County in the Georgia State.

is baby is the third living child and third daughter of both parents.

his child lives with her mother on the land of the Rabun County in the Georgia State.



Witness Jurat
Witness of these facts, before me, a Public Notary, appeared *Christy  Hamilton*
orivate natural person and did present proofs of his identity and was deposed and did swear to or
irm these facts from Without the United States and did proclaim them under penalty of perjury a
d sign this Deed in confirmation of all the above:

By: *Christy Hamilton*  Witness


*Orinda Lapeyrouse* Notary        seal
y commission expires on: 10-11-2022

*True copy of original.*

Deed of Land Recording

American Common Law Copyright and Trademark of Trade Name

### Joshua Caden Wesley Pollard

On the 8th day of December in the year 2018 Anno Domini at the hour and minute of 6:48 a.m, a new baby was born on the land of Habersham County in the Georgia State to the Pollard Family and was given the name:

Joshua  Caden Wesley Pollard.

The private natural biological parents are: Joshua Wesley Pollard,  Father, born August 12, 1978 on the land of the Rabun County in the Georgia State & Cova Lynn Pollard, Mother, born May 23, 1988 on the land of the Stephens County in the Georgia State.

This baby is the father's first living child and first son , and the mother's fourth living child and first son.

his child lives with his mother and father on the land of the Rabun County in the Georgia State.

Witness Jurat

In Witness of these facts, before me, a Public Notary, appeared _Lynn Childress_ a private natural woman and did present proofs of her identity and was deposed and did swear to or affirm these facts from Without the United States and did proclaim them under penalty of perjury and did sign this Deed in confirmation of all the above:

By: _Lynn Childress_ Witness

By: _____ Notary

My commission expires on: _10 -23- 21_ .

JENNIFER PETERS
NOTARY
Expires:
October 23, 2021
PUBLIC
RABUN COUNTY, GEORGIA

*True copy of original*

Deed of Land Recording  ~~7019 10 10 00 00 2718 5236~~

American Common Law Copyright and Trademark of Trade Name

### Joshua Caden Wesley Pollard

On the 8th day of December in the year 2018 Anno Domini at the hour and minute of 6:48 a.m, a new baby was born on the land of Habersham County in the Georgia State to the Pollard Family and was given the name:

Joshua  Caden Wesley Pollard.

The private natural biological parents are: Joshua Wesley Pollard,  Father, born August 12, 1978 on the land of the Rabun County in the Georgia State & Cova Lynn Pollard, Mother, born May 23, 1988 on the land of the Stephens County in the Georgia State.

This baby is the father's first living child and first son , and the mother's fourth living child and first son.

This child lives with his mother and father on the land of the Rabun County in the Georgia State.

Witness Jurat

In Witness of these facts, before me, a Public Notary, appeared *Christy Hamilton* a private natural woman and did present proofs of her identity and was deposed and did swear to or affirm these facts from Without the United States and did proclaim them under penalty of perjury and did sign this Deed in confirmation of all the above:

By: *Christy Hamilton* Witness

By: *Linda Papeyrouse* Notary

My commission expires on: *10-11-2022*

*The United States District Court for the Northern District of Georgia.*

STATE OF GEORGIA        }
Durand Brad #0092300?3

Cova-Lynn; Pollard; **Sui Juris**        }

DFCS
Case # 2019-JU-0002
Court of Record Case # 128181©

CC: US Department of Justice
CC: Assistant Attorney General of Georgia
CC: Attorney General of Georgia Chris Carr
CC: Georgia Department of Human Services
CC: Director of Division of Family and Children Services; Tom Rawlings

**LAWFUL NOTICE**
**Notice to Agent is notice to Principal. Notice to Principal is notice to Agent.**

TO PROSECUTOR and ADMIN. STATE OF (DE FACTO) GEORGIA an improper Juris in Admiralty/Commerce/ Contract Law
See Genesis 1:26-28 and 2:7 and Job 32:21 KJB

I, Cova-Lynn; Pollard, by Special Devine Appearance being one of "we the people" of de jure geographical Georgia do hereby put you on notice of the following:

1.  My <u>right</u> to love, care, and raise my son is my decision alone. Government policy that comes in conflict with my rights is void for any effect.

2.  Fact is you are attempting to bring false charges against me and I hereby proclaim my innocence. You have no evidence. No first hand witness. No Co-berating witness. No recording. No sworn testimony under oath or penalty of perjury. No sworn affidavit. No Claim. This is pure hearsay. Void for lack of truth and evidence.

3.  Servants in government do not have the authority to alter the Fundamental Laws laid down by we the people or the Treaties and the Constitutions of the United States of America or of this State. These laws are supreme and no statute or policy may be in contradiction or it is VOID. More specifically, Rights are retained by we the people.

4.  You are in violation of following Amendments of the Bill of Rights 1791; I, IV, V, VI, VII, IX and X.

5.  You are in violation of the following sections of Article I of the Constitution of the State of Georgia, Declaration of Rights; 1, 2¾4, 7, 9, 11, 12, 13, 14, 21, 22, 25, 26, 27.

> Constitution of the State of Georgia PREAMBLE and BILL OF RIGHTS

> Grateful to Almighty God for life and liberty, we, the people of Georgia, in order to secure and perpetuate the principles of free government, do ordain and establish this CONSTITUTION.

> ARTICLE I BILL OF RIGHTS

> Paragraph I. **Life, liberty, and property.** No person shall be deprived of life, liberty, or property except by due process of law.
> Paragraph II. **Protection to person and property**; equal protection. Protection to person and property is the paramount duty of government and shall be impartial and complete. No person shall be denied the equal protection of the laws.
> Paragraph III. **Freedom of conscience.** Each person has the natural and inalienable right to worship God, each according to the dictates of that person's own conscience; and no human authority should, in any case, control or interfere with such right of conscience.
> Paragraph IV. **Religious opinions**; freedom of religion. No inhabitant of this state shall be molested in person or property or be prohibited from holding any public office or trust on

account of religious opinions; but the right of freedom of religion shall not be so construed as to excuse acts of licentiousness or justify practices inconsistent with the peace and safety of the state.

Paragraph V. **Freedom of speech and of the press guaranteed**. No law shall be passed to curtail or restrain the freedom of speech or of the press. Every person may speak, write, and publish sentiments on all subjects but shall be responsible for the abuse of that liberty.

Paragraph VI. **Libel**. In all civil or criminal actions for libel, the truth may be given in evidence; and, if it shall appear to the trier of fact that the matter charged as libelous is true, the party shall be discharged.

Paragraph VII. **Citizens, protection of**. All citizens of the United States, resident in this state, are hereby declared citizens of this state; and it shall be the duty of the General Assembly to enact such laws as will protect them in the full enjoyment of the rights, privileges, and immunities due to such citizenship. -1-

Paragraph VIII. **Arms, right to keep and bear.** The right of the people to keep and bear arms shall not be infringed, but the General Assembly shall have power to prescribe the manner in which arms may be borne.

Paragraph IX. **Right to assemble and petition**. The people have the right to assemble peaceably for their common good and to apply by petition or remonstrance to those vested with the powers of government for redress of grievances.

Paragraph X. **Bill of attainder;** ex post facto laws; and retroactive laws. No bill of attainder, ex post facto law, retroactive law, or laws impairing the obligation of contract or making irrevocable grant of special privileges or immunities shall be passed.

Paragraph XI. **Right to trial by jury**; number of jurors; selection and compensation of jurors.

(a) The right to trial by jury shall remain inviolate, except that the court shall render judgment without the verdict of a jury in all civil cases where no issuable defense is filed and where a jury is not demanded in writing by either party. In criminal cases, the defendant shall have a public and speedy trial by an impartial jury; and the jury shall be the judges of the law and the facts.

(b) A trial jury shall consist of 12 persons; but the General Assembly may prescribe any number, not less than six, to constitute a trial jury in courts of limited jurisdiction and in superior courts in misdemeanor cases.

(c) The General Assembly shall provide by law for the selection and compensation of persons to serve as grand jurors and trial jurors.

Paragraph XII. **Right to the courts**. No person shall be deprived of the right to prosecute or defend, either in person or by an attorney, that person's own cause in any of the courts of this state.

Paragraph XIII. **Searches, seizures, and warrants**. The right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures shall not be violated; and no warrant shall issue except upon probable cause supported by oath or affirmation particularly describing the place or places to be searched and the persons or things to be seized.

Paragraph XIV. **Benefit of counsel; accusation; list of witnesses**; compulsory process. Every person charged with an offense against the laws of this state shall have the privilege and benefit of counsel; shall be furnished with a copy of the accusation or indictment and, on demand, with a list of the witnesses on whose testimony such charge is founded; shall have compulsory process to obtain the testimony of that person's own witnesses; and shall be confronted with the witnesses testifying against such person.

Paragraph XV. **Habeas corpus**. The writ of habeas corpus shall not be suspended unless, in case of rebellion or invasion, the public safety may require it.

Paragraph XVI. **Self-incrimination**. No person shall be compelled to give testimony tending in any manner to be self-incriminating.

-2- Paragraph XVII. **Bail; fines; punishment**; arrest, abuse of prisoners. Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted; nor shall any person be abused in being arrested, while under arrest, or in prison.

Paragraph XVIII. **Jeopardy of life or liberty more than once forbidden.** No person shall

be put in jeopardy of life or liberty more than once for the same offense except when a new trial has been granted after conviction or in case of mistrial.

Paragraph XIX. **Treason**. Treason against the State of Georgia shall consist of insurrection against the state, adhering to the state's enemies, or giving them aid and comfort. No person shall be convicted of treason except on the testimony of two witnesses to the same overt act or confession in open court.

Paragraph XX. **Conviction, effect of**. No conviction shall work corruption of blood or forfeiture of estate.

Paragraph XXI. **Banishment and whipping as punishment for crime.** Neither banishment beyond the limits of the state nor whipping shall be allowed as a punishment for crime.

Paragraph XXII. **Involuntary servitude**. There shall be no involuntary servitude within the State of Georgia except as a punishment for crime after legal conviction thereof or for contempt of court. Paragraph XXIII. **Imprisonment for debt.** There shall be no imprisonment for debt.

Paragraph XXIV. **Costs.** No person shall be compelled to pay costs in any criminal case except after conviction on final trial.

Paragraph XXV. **Status of the citizen**. The social status of a citizen shall never be the subject of legislation.

Paragraph XXVI. **Exemptions from levy and sale.** The General Assembly shall protect by law from levy and sale by virtue of any process under the laws of this state a portion of the property of each person in an amount of not less than $1,600.00 and shall have authority to define to whom any such additional exemptions shall be allowed; to specify the amount of such exemptions; to provide for the manner of exempting such property and for the sale, alienation, and encumbrance thereof; and to provide for the waiver of said exemptions by the debtor.

Paragraph XXVII. **Spouse's separate property.** The separate property of each spouse shall remain the separate property of that spouse except as otherwise provided by law. Paragraph XXVIII. **Fishing and hunting.** The tradition of fishing and hunting and the taking of fish and wildlife shall be preserved for the people and shall be managed by law and regulation for the public good.

Paragraph XXIX. **Enumeration of rights not denial of others.** The enumeration of rights herein contained as a part of this Constitution shall not be construed to deny to the people any inherent rights which they may have hitherto enjoyed

6. You are in **violation of International human rights** violations under both the **UDHR & the ICCPR**, and both State & Federal law.

     **- Conspiring to deprive rights retained by the people.** [18 U.S.C. 241]
     **- Deprivation of rights retained by the people by action under color of law, ie a statute, a policy, a regulation or rule.** [18 U.S.C. 241]
     **- Embezzlement by using your position of employment as an advantage to commit the foregoing crimes while receiving a profit or gain. An Emolument Violation.** [18 U.S.C. 643]

7. You are in violation to God in trying to use false and fraudulent doctrines of Parens Patriae and In Loco Parentis that the State is the Parent. This is the first instance of fraud and where the wheel falls off the legal wagon.

     See Story of a Mother

8. FURTHERMORE- I am NOW fully aware that parental consent is required for a child's removal, except in certain heinous circumstances:

     [111 STAT. 2116 PUBLIC LAW 105–89—NOV. 19, 197 TITLE I—REASONABLE EFFORTS AND SAFETY REQUIREMENTS FOR FOSTER CARE AND ADOPTION PLACEMENTS SEC. 101. CLARIFICATION OF THE REASONABLE EFFORTS REQUIREMENT]

     "(D) reasonable efforts of the type described in subparagraph (B) shall not be required to be made with respect to a parent of a child if a court of competent jurisdiction has determined that— "(i) the parent has subjected the child to aggravated circumstances (as defined in State law, which definition may include but need not be limited to abandonment, torture, chronic abuse, and sexual abuse); "(ii) the

parent has— "(I) committed murder (which would have been an offense under section 1111(a) of title 18, United States Code, if the offense had occurred in the special maritime or territorial jurisdiction of the United States) of another child of the parent; "(II) committed voluntary manslaughter (which would have been an offense under section 1112(a) of title 18, United States Code, if the offense had occurred in the special maritime or territorial jurisdiction of the United States) of another child of the parent; "(III) aided or abetted, attempted, conspired, or solicited to commit such a murder or such a voluntary manslaughter; or '(IV) committed a felony assault that results in serious bodily injury to the child or another child of the parent;

The state needs a (wo)man's consent before removing his or her son or daughter UNLESS the mother or father committed one of the above stated extreme felonies.

**It is fact:** that I, Cova-Lynn; Pollard, L.S., am a natural born State Citizen of Georgia, in its constitutional capacity, as one of the several states of the Union and I am an inhabitant thereof.

**It is fact:** that my birth certificate is proof that I am a State Citizen of Georgia (See attached certified birth certificate).

**It is fact:** that my State Citizenship of Georgia had been certified by the U.S. Department of State. See attached copy of passport.

**It is fact:** that I am not a United States citizen, resident, person, individual, or any other legal fiction, nor have I ever been. I owe nothing to you, nor do you have jurisdiction over me.

**It is fact:** that I explicitly reserve all of my rights, always and forevermore. I do not consent to trade my rights for any statutory codes, bi-laws, ordinances, privileges or benefits.

**It is fact:** that the United States, Inc., with intent and great deception, uses the term "United States citizen" to deprive the people of their God given birthrights, property and freedom.

**It is fact:** : that I have submitted miscellaneous documents to the Rabun County Clerk of Court to be entered onto the public record to correct and clarify the status and standing of my family, and especially announce the 'claim' to my son, my daughters, and myself. Doing so, as well as (state and federally) authenticating our certificates of live birth/birth certificates, protects my offspring from becoming "lost property" in which the   state can claim.

**It is a fact:** that you all, the Rabun County Division of Family and Children Services and their attorney Richard Highsmith, have wrongfully robbed me of my biological property and I demand immediate return. While your actions were always unlawful, the detainment of my property is now wrong in the eyes of the state. My son has been claimed.

I am taking further legal action. This is your notice.

Be advised, you are to **CEASE and DESIST** any further action and any action taken by you or any other part of your agency will be deemed as a trespass of the law after this notice.
You will be subject to a Tort of 250,000 United States Dollars per agent per violation and 500,000 United States Dollars per agency per violation [18 U.S.C. 3571]

Named Agents will also be held civilly and criminally responsible for trespass in their **private personal capacity** and shall be treated as any common trespasser.
Trespasser Beware Please- have no doubt I will prosecute those who deprive me, my son and/or daughters of our liberty to be free. We have the Un-a- lien- able right to be left alone in peace.

**I do not consent.**
**No Contract exists.**

by **Special Devine Appearance** autographed in Writing

*Cova-Lynn; Pollard*

Cova-Lynn; Pollard,L.S.

**Sui Juris**

Jus Soli, a living soul, woman, an ambassador of Christ the Lord, a American state national, Beneficiary of the PCT/CQV Trust, Not trustee, a non-citizen/Citizen, non-Resident, non-Person, non-Representative, nonAgent, Commanded by my God to come out of her oh ye Babylon

Notice to Agent is notice to Principal. Notice to Principal is notice to Agent.

# *The Story of a Mother*

A mother, nine months pregnant and about to deliver her precious child, unknowingly walks into a "*foundling* hospital".

(Since 1908 all hospitals are deemed foundling hospitals in the United States. The Legal definition of the word "foundling" is a safe place to *abandon* a child.)

*The mother goes through a major medical procedure, commonly known as childbirth!  She is in extreme pain, "under duress", Often under the influence of painkillers, just happily looking forward to getting home with her bouncing baby.*

*When she is brought and handed a stack of papers to "sign" and merely told "that these are just to give your baby a name and register it with the State".*

So, Without any *"full and honest disclosure"*, of the *"terms and conditions"* of the *"securities contract".*
Without a *"Meeting of the minds"*. She "signs" as an *"informant"*.
(The Legal definition of the word *"informant"* is *"someone who gives someone else up to another".*

Thereby, under the false and fraudulent doctrines of
"Parens Patriae" (State is Parent) and "In Loco Parentis" (Crazy Parenting),
She unknowingly gives "equitable title" to the State(s)
Department of Human Resources.

Forever to be known as "*Human Capital*", or "*Chattel Property*".  (ie. a Slave)

The "**NAMED VESSEL**" (*PERSONA*) is "**Reg**-i-'**star**'-ed" (given a *FLAG*) a **CUSIP** number (an SEC Regulated investment control number) is created.

A *Cestui Que Vie Trust* is set up under the PUBLIC CHARITABLE TRUST through a "BANK" where it "issues reserved" (Certificate) and is "Bonded and Insured" (Birth Certificate).

What is an "issues reserved"?  It is a Federal Reserve Note ($ Loan).  A Debit
What is a "Insured Bond"?  It is a United States Treasury Bond (B).   A Credit

A "Balance Sheet" is created!

## *Debits and Credits*

### On the Debit Side

1933-1975.    $630,000 FRN Loan from IMF to the PCT    $1,000,000. Policy
1975-Present  $1,000,000 FRN Loan from IMF to the PCT  $2,000,000. Policy
On behalf of the individual Cestui Que Vie

### On the Credit Side

1933-1975.    $630,000. US Treasury Bonds were issued under CUSIP#
1975-Present  $1,000,000. US Treasury Bonds were issued under CUSIP#
On behalf of the individual Cestui Que Vie.

*Other CUSIP'S added later.*
*SS#, DL#, Military ID#, Advanced College Degree#,*
*Court Case #'s*

# In other words...

The "***NAMED VESSAL***" comes out of the sea "***water***" is tugged through the
birth "***canal***", where it is "***docked***" by the Doctor, ie. "***Dock-tender***".
Where it is "***inspected***" a "***bill of lading***" is "***presented***". And a "***Manifest***" is
"***issued***".

The "***NAMED Vessel***" is then sent with the "tug", "out to sea" presumed lost
and assumed dead, until it returns to pay its "tax" and claim its "goods"

## *...the "Person" is traffic-ked in commerce*

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

# While the baby...
# "a living soul"
# is sent home to live with its mother!

# Until... (it claims it's minor estate).

＊ Birth Certificate w) Clerk.













